IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IDA HIGGINS, | : | |
|    Plaintiff | : | No. 1:15-cv-00594 |
| | : | |
| v. | : | (Judge Kane) |
| | : | (Magistrate Judge Cohn) |
| CAROLYN W. COLVIN, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
|    Defendant | : | |

## ORDER

Presently before the Court in this above-captioned action is the September 21, 2016 Report and Recommendation of Magistrate Judge Cohn.  (Doc. No. 21.)  No timely objections have been filed.[1]  Accordingly, on this 13th day of October 2016, upon review of the record and applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 21), of Magistrate Judge Cohn;

2. The Commissioner's decision is **VACATED**, and Plaintiff's request for relief is **GRANTED**;

3. This case shall be remanded to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g); and

4. The Clerk of Court shall **CLOSE** the case.

                                          s/ Yvette Kane
                                          Yvette Kane, District Judge
                                          United States District Court
                                          Middle District of Pennsylvania

---

[1] Defendant waived the opportunity to object to the Report and Recommendation entered by Magistrate Judge Cohn on October 11, 2016.  (Doc. No. 22.)